**Order filed March 26, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-17-00814-CV

**NATOSHA ABRAHAM, Appellant**

**V.**

**VICTORY APARTMENTS, Appellee**

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1091349**

## O R D E R

The clerk's record was filed October 30, 2017. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). Accordingly, the Harris County Clerk is directed to file a supplemental clerk's record on or before **April 5, 2019**, containing the **Returned Writ of Property Possession filed October 26, 2017**.

If the omitted item is not part of the case file, the county clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM